**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ROY FRY, *individually and on behalf of all other similarly situated individuals*, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:21-cv-00283-MTS |
| THRYV, INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order Approving Settlement filed this same date, and incorporated herein by reference, and the parties' agreement that this action be dismissed with prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff Roy Fry's claims against Defendant Thryv, Inc. are **DISMISSED** with prejudice.

Dated this 27th day of January, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE